**Carl D. CUMMINGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41723.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**Forest EITEL, Plaintiff,**

v.

**BANK OF KIRKSVILLE,
Defendant–Cross Claim
Plaintiff–Respondent,**

v.

**Roseva JOHNSON, et al., Defendants,**

**Linden Max Eitel, Defendant–Cross
Claim Defendant–Appellant.**

**No. WD 41758.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

Charles R. Willis, St. Louis, for appellant.

Russell E. Steele, Kirksville, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM.

Linden Max Eitel appeals from a verdict directed against him in a cross claim by Bank of Kirksville in the case of *Eitel v. Johnson*, et al, Circuit Court of Adair County Case No. CV187–32CC.

Judgment affirmed. Rule 84.16(b).